UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARCOS TULIO BONILLA-UMANA,

       Defendant.
_____/

Case No. 1:06:CR:166

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge filed October 5, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.  Defendant Marcos Tulio Bonilla-Umana's plea of guilty to Count 1 of the Indictment is accepted. Defendant Marcos Tulio Bonilla-Umana is adjudicated guilty.

3.  Defendant Marcos Tulio Bonilla-Umana shall be detained pending sentencing.

4.  A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 26, 2006

                                              /s/ Gordon J. Quist
                                             GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE